IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SUSAN DOWNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:10cv438-WHA |
| | ) | |
| ALFA INSURANCE CORPORATION, | ) | (wo) |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause is before the court on a Joint Motion for Extension of Deadlines (Doc. #39).

The Motion is ORDERED GRANTED and the deadlines are extended as follows:

1.  The September 13, 2011 discovery deadline is extended to December 12, 2011, and the class discovery deadline is extended to December 29, 2011.

2.  The September 30, 2011 deadline for motion for class certification is extended to December 29, 2011, the deadline for the response to class certification is extended to February 13, 2012, and the deadline for reply to class certification is extended to February 27, 2012.

3.  The deadline for the Plaintiff's expert report is September 29, 2011, and the deadline for the Defendant's expert report is October 30, 2011.

The parties are advised that this schedule will not be further extended.

Done this 7th  day of June, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

2