IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN DOWNEY, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>ALFA INSURANCE CORPORATION, )<br>)<br>  Defendant. ) | Civil Action No. 2:10cv438-WHA<br><br>(wo) |

**ORDER**

This cause is before the court on the Plaintiff's Motion to Amend Scheduling Order and for Leave to File Second Amended Complaint (Doc. #41). The Plaintiff represents that the Defendant does not oppose the motion and has consented to the filing of the attached proposed Second Amended Complaint. Therefore, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The Plaintiff is given leave to file the Second Amended Complaint attached to the Motion.

Done this 17th day of October, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE